DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KATSIARYNA H. BAILOR,**
Appellant,

v.

**DOUGLASS D. BAILOR,**
Appellee.

No. 4D19-2554

[June 10, 2020]

Appeal of nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312018DR000912.

Jordan B. Abramowitz of Abramowitz and Associates, Coral Gables, for appellant.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, for appellee.

PER CURIAM.

Katsiaryna H. Bailor ("former wife") appeals a nonfinal order denying her request to relocate with the parties' minor child, modifying timesharing, ordering former wife to pay temporary child support and additional child-related expenses, and distributing the marital home to Douglass D. Bailor ("former husband"). We affirm the portion of the order denying the motion for relocation, modifying timesharing, and ordering former wife to pay temporary child support and related expenses without further comment. We reverse, however, the portion of the order distributing the marital home. As conceded by former husband, the advance distribution of the marital home was premature considering the parties had yet to proceed to trial on the issue of equitable distribution.

*Affirmed in part and reversed and remanded in part.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*